UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Orlin Danilo Barahona

Case No.: 24-18916-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court District of New Jersey PO Box 2067 Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on December 30, 2024, at 11:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 110 S. Hampden Court, Pleasantville NJ 08232 (FMV $177,000.00) |
|---|---|

| Liens on property: | $154,694.00- M&T Bank |
|---|---|

| Amount of equity claimed as exempt: | $27,900.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       /s/ Andrew Sklar, Chapter 7 Trustee

Address:    20 Brace Road, Suite 205, Cherry Hill, NJ 08034

Telephone No.: 856-258-4050