UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Orlin Danilo Barahona

Case No.: 24-18916-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court District of New Jersey PO Box 2067 Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on December 30, 2024, at 11:00 a.m. at the United States Bankruptcy Court, Courtroom No. _4C_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 110 S. Hampden Court, Pleasantville NJ 08232 (FMV $177,000.00) |
|---|---|

| Liens on property: | $154,694.00- M&T Bank |
|---|---|

| Amount of equity claimed as exempt: | $27,900.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:     /s/ Andrew Sklar, Chapter 7 Trustee

Address:     20 Brace Road, Suite 205, Cherry Hill, NJ 08034

Telephone No.: 856-258-4050

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-18916-JNP |
| Orlin Danilo Barahona | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 25, 2024 | Form ID: pdf905 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orlin Danilo Barahona, 110 S. Hampden Court, Pleasantville, NJ 08232-2762 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 25 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 25 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520386680 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2024 21:00:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520386681 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 25 2024 20:50:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 520386682 | | Email/Text: camanagement@mtb.com | Nov 25 2024 20:51:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520386683 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Nov 25 2024 20:51:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 520386684 | + | Email/Text: bankruptcy@rubinrothman.com | Nov 25 2024 20:50:00 | Toyota Motor Credit Corp, c/o Rubin & Rothman, 1787 Veterans Hway # 32, Islandia, NY 11749-1500 |
| 520386685 | ^ | MEBN | Nov 25 2024 20:50:03 | Toyota Motor Credit Corp, 6565 Headquarters Dr, Plano, TX 75024-5965 |
| 520412777 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 25 2024 21:01:21 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520386686 | | Email/Text: bankruptcynotices@vivecard.com | Nov 25 2024 20:50:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper, UT 84020 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Nov 25, 2024 | Form ID: pdf905 | Total Noticed: 11

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2024              Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew Sklar | on behalf of Trustee Andrew Sklar andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent E. Villamor | on behalf of Debtor Orlin Danilo Barahona Vincent@VillamorLaw.com |

TOTAL: 5