UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire (AS3105)
SKLAR LAW, LLC
20 Brace Road, Suite 205
Cherry Hill, NJ 08034
(856) 258-4050
Attorneys for Chapter 7 Trustee

In Re:
Orlin Danilo Barahona

Order Filed on December 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     24-18916-JNP

Chapter:          7

Judge:      Jerrold N Poslusny

### ORDER AUTHORIZING RETENTION OF

_____SKLAR LAW LLC_____

The relief set forth on the following page is **ORDERED**.

**DATED: December 4, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____SKLAR LAW LLC_____ as __General Counsel to Chapter 7 Trustee__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: _20 Brace Road, Suite 205_____
   _Cherry Hill, NJ 08034_____
   _Phone: (856) 258-4050_____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2