Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  24−18916−JNP
                    Chapter:  7
                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Orlin Danilo Barahona
   110 S. Hampden Court
   Pleasantville, NJ 08232

Social Security No.:
   xxx−xx−8050

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

     I _Elizabeth Grassia_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

110 S. Hampden Court, Pleasantville, NJ.

Dated: December 26, 2024
JAN: eag

                                                            Jeanne Naughton
                                                             Clerk