UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire (AS3105)
SKLAR LAW, LLC
1020 Laurel Oak Road, Suite 203
Voorhees, NJ. 08043
(856) 258-4050
Attorneys for Chapter 7 Trustee

Order Filed on November 6, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Orlin Danilo Barahona

Case No.: 24-18916-JNP

Chapter: 7

Judge: Jerrold N Poslusny

## ORDER AUTHORIZING RETENTION OF

Lipari & Deiter

The relief set forth on the following page is **ORDERED**.

**DATED: November 6, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Lipari & Deiter_____

as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  1301 S. Main Street
   Pleasantville, NJ  08232
   (609) 645-9400

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2